DAYTON BAR ASSOCIATION *v.* MCDONALD.

[Cite as *Dayton Bar Assn. v. McDonald* (1992), 65 Ohio St.3d 154.]

(No. 92–1340—Submitted October 13, 1992—Decided December 9, 1992.)

*Kevin J. O'Brien,* for relator.
*Michael J. McDonald, pro se.*

*Per Curiam.* We agree with the board's findings and recommendation. Respondent, Michael J. McDonald, is publicly reprimanded for having violated DR 6–101(A)(3). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.